IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**LARRY HOPKINS**                                                           **PLAINTIFF**

**V.**                                           **CAUSE NO: 1:05-cv-276-EMB**

**THE COMMISSIONER OF SOCIAL SECURITY**                **DEFENDANT**

## FINAL JUDGMENT

The parties in this case, having consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c) with any appeal to the Court of Appeals for the Fifth Circuit, it is, therefore,

**ORDERED** that consistent with the Opinion issued this day, the decision of the Commissioner of Social Security is hereby **AFFIRMED**.

**THIS** 30th day of March, 2007.

                                                                **/s/ Eugene M. Bogen**
                                                                **U. S. MAGISTRATE JUDGE**